UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELOY DE LOS SANTOS-PINEDA,<br><br>Defendant. | No. 2:18-CR-00004-WFN-1<br><br>ORDER DENYING MOTION TO MODIFY WITH LEAVE TO RENEW<br><br>**MOTION DENIED**<br>**(ECF No. 30)** |

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 30. Defendant recites that both U.S. Probation and the United States are opposed to the requested modification. ECF No. 30 at 3.

Specifically, Defendant requests that the Court remove Condition of Release Number 27, ECF No. 27, requiring him to submit to random urinalysis tests.

Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 30**, is **DENIED with leave to renew in 30 days**.

**IT IS SO ORDERED.**

DATED February 27, 2018.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1