# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | De Los Santos-Pineda, Eloy | Docket No. | 0980 2:18CR00004-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Eloy De Los Santos-Pineda, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 16th day of January, 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
    (If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Eloy De Los Santos-Pineda violated the conditions of pretrial supervision by testing positive for the use of methamphetamine on March 2, 20 and 26, 2018.

PRAYING THAT THE COURT WILL ORDER NO ACTION

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: April 20, 2018 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

April 20, 2018
_____
Date