PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 6 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs. De Los Santos-Pineda, Eloy   Docket No.   0980 2:18CR00004-WFN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Eloy De Los Santos-Pineda, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 16th day of January 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Eloy De Los Santos-Pineda violated the conditions of pretrial supervision by testing positive for the use of methamphetamine on August 8, 2018.

On January 17, 2018, the undersigned met with Mr. De Los Santos and reviewed the release conditions imposed by the Court. The conditions were explained to the defendant in the Spanish language and he signed a document stating he understood he was prohibited from using controlled substances.

On January 17, 2017, the undersigned met with the offender and reviewed the urine drug testing instructions, which Mr. De Los Santos signed. On August 7, 2018, Grant Integrated Services directed the offender to report for urine drug testing. Mr. De Los Santos contacted the probation officer and arranged to submit that test at the probation office on August 8, 2018, due to a work conflict. On August 8, 2018, the defendant reported to the probation office and provided a urine sample which tested presumptive positive for amphetamine. Mr. De Los Santos verbally denied any illicit drug use to the probation officer. On August 12, 2018, the probation officer was informed by Alere Toxicology Services, Inc. that the sample was confirmed positive for the use of methamphetamine.

PRAYING THAT THE COURT WILL ADDRESS THE VIOLATION AT SENTENCING

---

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 14, 2018 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

8/16/18
Date